1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   JOSE MARIA TERCERO,              )   No. C 14-05219 HRL (PR)
                                      )
12              Plaintiff,            )   **ORDER OF DISMISSAL**
                                      )
13   v.                               )
                                      )
14                                    )
     COUNTY OF SAN FRANCISCO, et al., )
15                                    )
                Defendants.           )
16                                    )
     _____)
17

18          On November 25, 2014, Plaintiff filed a complaint pursuant to 42 U.S.C. § 1983.

19   (Docket No. 1.)  On March 10, 2015, the Court dismissed the complaint with leave to

20   amend and granted his motion for leave to proceed *in forma pauperis*.  (Docket Nos. 7

21   and 8.)  Plaintiff was directed to file an amended complaint within twenty-eight days or

22   face dismissal of the action.  (Docket No. 8.)  The deadline has passed, and Plaintiff has

23   failed to file an amended complaint.  Accordingly, this action is subject to dismissal for

24   failure to comply with the Court order.

25          This action is also subject to dismissal pursuant to Northern District Local

26   Rule 3-11, which requires a party proceeding *pro se* to promptly file a notice of change of

27   address while an action is pending.  *See* L.R. 3-11(a).  The Court may, without prejudice,

28   dismiss a complaint when: (1) mail directed to the *pro se* party by the Court has been

Order of Dismissal
P:\PRO-SE\HRL\CR.14\05219Tercero_LR3-11 dismissal.wpd

1  returned to the Court as not deliverable, and (2) the Court fails to receive within sixty

2  days of this return a written communication from the *pro se* party indicating a current

3  address. *See* L.R. 3-11(b). On March 24, 2015, the copy of the Court order granting

4  leave to proceed *in forma pauperis* was returned as undeliverable. (Docket No. 9.)  On

5  March 30, 2015, the Court received a letter from the San Francisco Sheriff's Department,

6  dated March 26, 2015, stating that Plaintiff was released from its custody of the San

7  Francisco on January 21, 2015. (Docket No. 11.) On April 3, 2015, the copy of the Court

8  order dismissing the complaint with leave to amend was returned as undeliverable.

9  (Docket No. 10.)   As of the date of this order, Plaintiff has not filed a notice of change of

10  address or submitted any further pleadings in this case. More than sixty days have passed

11  since the mail addressed to Plaintiff was returned as undeliverable. Accordingly, the

12  instant civil rights action is DISMISSED without prejudice pursuant to Rule 3-11 of the

13  Northern District Local Rules.

14      The Clerk shall terminate any pending motions.

15      **IT IS SO ORDERED.**

16

17  DATED: _____6/2/15_____

18                               HOWARD R. LLOYD
                                 United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28